1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARL D. HARRIS**<br>xxx-xx-5215<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>　　　　Defendant. | Case No. CIV-06-2734 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from July 10, 2007 to August 17, 2007. This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  July 3, 2007 | */s/Bess M. Brewer* |
| 3 | | BESS M. BREWER<br>Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: July 3, 2007 | McGregor W. Scott |
| 8 | | United States Attorney |
| 9 | | By: */s/ Donna M. Montano* |
| 10 | | DONNA M. MONTANO |
| 11 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 12 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 11, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE