1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL D. HARRIS ) <br> xxx-xx-5215 ) <br> ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> Commissioner of Social Security ) <br> of the United States of America, ) <br> ) <br>       Defendant. ) <br> ) <br> ) | Case No. CIV-06-2734 CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from August 17, 2007 to September 7, 2007.  This extension is required due to plaintiff's counsel's very heavy briefing schedule.

26  / / / /
27  / / / /
28  / / / /

1
2  Dated:  August 16, 2007            */s/Bess M. Brewer*
3                                      BESS M. BREWER
                                       Attorney at Law
4                                      Attorney for Plaintiff
5
6  Dated: August 16, 2007             McGregor W. Scott
7                                      United States Attorney
8
9                                      By: */s/ Donna M. Montano*
                                       DONNA M. MONTANO
10                                     Special Assistant U.S. Attorney
                                       Social Security Administration
11
12                                     Attorney for Defendant
13
14                        **ORDER**
15 APPROVED AND SO ORDERED.
16 DATED:   August 17, 2007.
17
18                              _____
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

2