BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARL D. HARRIS**<br>xxx-xx-5215<br><br>        Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>        **Defendant.** | Case No. CIV-06-2734 CMK<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from Friday, September 7, 2007 to Monday, September 17, 2007.  This additional short extension is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated:  September 7, 2007         */s/Bess M. Brewer*
                                    BESS M. BREWER
3                                   Attorney at Law

4                                   Attorney for Plaintiff

5

6
   Dated: September 7, 2007          McGregor W. Scott
7
                                     United States Attorney
8

9                                    By: */s/ Donna M. Montano*
                                     DONNA M. MONTANO
10
                                     Special Assistant U.S. Attorney
11                                   Social Security Administration

12                                   Attorney for Defendant

13

14                                **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED:  September 13, 2007.

17

18                          _____
                            **CRAIG M. KELLISON**
19                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2